# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SVS SECURITY LLC, a Nevada limited liability company; DOES, 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00997-RFB-NJK<br><br>[PROPOSED] ORDER SUBSTITUTING ASSOCIATED RESIDENT COUNSEL IN THIS ACTION |

Having considered the stipulation of counsel and consent of plaintiff Kinsale Insurance Company and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED as follows:

1. Kevin Helm, Esq. and Lee, Landrum & Ingle, LLP are hereby relieved of their obligation to serve as associated resident counsel for Kinsale Insurance Company in the within action;

/ / /

/ / /

/ / /

2. Jared G. Christensen, Esq. and Bremer, Whyte, Brown & O'Meara, LLP are hereby substituted as associated resident counsel for Kinsale Insurance Company for all purposes.

DATED: July 10, 2024

_____
United States Magistrate Judge