

1  **PETER S. CHRISTIANSEN, ESQ. (5254)**
pete@christiansenlaw.com
2  **KEELY P. CHIPPOLETTI, ESQ. (13931)**
keely@christiansenlaw.com
3  **ANDREW R. BROWN, ESQ. (15875)**
abrown@christiansenlaw.com
4  **CHRISTIANSEN TRIAL LAWYERS**
710 S. 7th Street, Suite B
5  Las Vegas, Nevada 89101
Telephone: (702) 240-7979
6  Facsimile: (866) 412-6992
*Attorneys for Defendants*
7  *Henry Willis Webb, Jr., an individual*
*and Meisha Larita Webb, an individual*
8  *and Special Administrator of the*
*Estate of Breeana Larita Webb (Deceased)*
9

10                    **UNITED STATES DISTRICT COURT**

11                          **DISTRICT OF NEVADA**

12  KINSALE INSURANCE COMPANY, an    Case No.: 2:24-cv-00997-RFB-NJK
    Arkansas corporation,
13
                  Plaintiff,
14
    v.
15                                   **STIPULATION AND ~~[PROPOSED]~~**
    SVS SECURITY LLC, a Nevada limited   **ORDER TO EXTEND TIME FOR**
16  liability company; HENRY WILLIS WEBB,  **DEFENDANT MEISHA LARITA WEBB,**
    JR., an individual; MEISHA LARITA WEBB,  **AN INDIVIDUAL AND SPECIAL**
17  an individual and Special Administrator of the  **ADMINISTRATOR OF THE ESTATE OF**
    Estate of Breeana Larita Webb (Deceased),  **BREEANA LARITA WEBB**
18                                   **(DECEASED) TO FILE AN ANSWER OR**
                  Defendants.        **OTHER RESPONSIVE PLEADING TO**
19                                   **PLAINTIFF'S FIRST AMENDED**
                                     **COMPLAINT [ECF 17]**
20
                                        **[FIRST REQUEST]**
21

22        In accordance with this Plaintiff's First Amended Complaint filed on July 13, 2024 [ECF

23  No. 17], Defendant Meisha Larita Webb, an individual and Special Administrator of the Estate

24  of Breeana Larita Webb (Deceased), and Plaintiff Kinsale Insurance Company, by and through

25  their respective attorneys of record, hereby submit the present stipulation to respectfully request

26  that the Court extend the deadline for Defendant Meisha Larita Webb, an individual and Special

27  Administrator of the Estate of Breeana Larita Webb (Deceased) to file an Answer or other

28  responsive pleading to *Kinsale Insurance Company's First Amended Complaint for Declaratory*

*Relief and Reimbursement of Defense Fees and Costs* [ECF No. 17], filed on July 13, 2024, to November 11, 2024.

      1.      Defendant Meisha Larita Webb was personally served with a Summons and Plaintiff's First Amended Complaint on September 3, 2024.  Counsel for Defendant Henry Willis Webb, Jr., accepted service of Plaintiff's First Amended Complaint on September 23, 2024. Pursuant to FRCP 4(d)(3), Mr. Webb's response is due by November 11, 2024.  Therefore, counsel for Defendant Meisha Larita Webb, an individual and Special Administrator of the Estate of Breeana Larita Webb (Deceased) respectfully requests that the deadline for her to file an Answer or other responsive pleading to Plaintiff's First Complaint be continued to November 11, 2024, so that all Answers or other responsive pleadings filed by Defendants are due on the same day.

      2.      This is the first stipulation for the requested extension.

      3.      Thus, the parties stipulate and agree that the deadline for Defendant Meisha Larita Webb, an individual and Special Administrator of the Estate of Breeana Larita Webb, to file an Answer or other responsive pleading to Plaintiff's First Amended Complaint, be extended to November 11, 2024.  Additional time is not expected or needed.

///
///
///
///
///
///
///
///
///
///
///
///

*Kinsale Ins. Co. v. SVS Security LLC, et al.*
*2:24-cv-00997-RFB-NJK*
*Stipulation and [Proposed] Order to Extend Time for Defendant Meisha Larita Webb, an individual and Special*
*Administrator of the Estate of Breeana Larita Webb (Deceased) to File an Answer or Other Responsive Pleading*
*to Plaintiff's First Amended Complaint [ECF No. 17]*

4.     This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 1st day of October, 2024.          DATED this __ day of October, 2024.

CHRISTIANSEN TRIAL LAWYERS          NICHOLAIDES FINK THORPE
                                                                        MICHAELIDES SULLIVAN LLP

_____          _____
PETER S. CHRISTIANSEN, ESQ.          MATTHEW J. HAFEY (*Pro Hac Vice*)
Nevada Bar No. 5254          TIMOTHY P. KITT
KEELY P. CHIPPOLETTI, ESQ.          Nevada Bar No. 11828
Nevada Bar No. 13931          777 S. Figueroa St., Ste. 750
ANDREW R. BROWN, ESQ.          Los Angeles, CA 90017
Nevada Bar No. 15875
710 South 7th Street          BREMER WHYTE BROWN &
Las Vegas, NV 89101          O'MEARA LLP
*Attorneys for Defendants*          JARED D. CHRISTENSEN, ESQ.
*Henry Willis Webb, Jr., an individual*          Nevada Bar No. 11538
*and Meisha Larita Webb, an individual*          1160 N. Town Center Dr., Ste. 250
*and Special Administrator of*          Las Vegas, NV 89144
*the Estate of Breeana Larita Webb*          *Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: _____          _____

                                                    UNITED STATES DISTRICT COURT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Kinsale Ins. Co. v. SVS Security LLC, et al.*
*2:24-cv-00997-RFB-NJK*
*Stipulation and [Proposed] Order to Extend Time for Defendant Meisha Larita Webb, an individual and Special Administrator of the Estate of Breeana Larita Webb (Deceased) to File an Answer or Other Responsive Pleading to Plaintiff's First Amended Complaint [ECF No. 17]*

4.    This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this __ day of October, 2024.

DATED this 1st day of October, 2024.

CHRISTIANSEN TRIAL LAWYERS

NICHOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

_____
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
ANDREW R. BROWN, ESQ.
Nevada Bar No. 15875
710 South 7th Street
Las Vegas, NV 89101
*Attorneys for Defendants*
*Henry Willis Webb, Jr., an individual*
*and Meisha Larita Webb, an individual*
*and Special Administrator of*
*the Estate of Breeana Larita Webb*

_____
MATTHEW J. HAFEY (*Pro Hac Vice*)
TIMOTHY P. KITT
Nevada Bar No. 11828
777 S. Figueroa St., Ste. 750
Los Angeles, CA 90017

BREMER WHYTE BROWN &
O'MEARA LLP
JARED D. CHRISTENSEN, ESQ. Nevada
Bar No. 11538
1160 N. Town Center Dr., Ste. 250
Las Vegas, NV 89144
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: October 3, 2024

_____
United States Magistrate Judge

3