MATTHEW J. HAFEY (*admitted Pro Hac Vice*)
mhafey@nicolaidesllp.com
TIMOTHY P. KITT (SBN: 11828)
tkitt@nicolaidesllp.com
KHRYS WU (*Pro Hac Vice Pending*)
kwu@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017
Telephone:	(213) 402-1245
Facsimile:	(213) 402-1246

Jared G. Christensen (Nevada SBN: 11538)
jchristensen@bremerwhyte.com
BREMER, WHYTE, BROWN & O'MEARA, LLP
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144
Telephone:	(702) 258-6665
Facsimile:	(702) 258-6662
*Designated solely for personal service pursuant to Nev. SCR 42.1*

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SVS SECURITY LLC, a Nevada limited liability company; DOES, 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00997-RFB-NJK<br><br>**KINSALE INSURANCE COMPANY'S NOTICE OF CHANGE OF ATTORNEY OF RECORD AND DISASSOCIATION OF COUNSEL**<br><br>Judge:	Hon. Richard Boulware, II<br><br>Complaint filed:	May 28, 2024<br>Trial Date:	Not set |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective with this filing, Plaintiff KINSALE INSURANCE COMPANY ("KINSALE") attorneys of record for this matter have changed. Kinsale is still represented by the law firm of NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP.

However, Matthew J. Hafey, Timothy P. Kitt and Khrys Wu, 777 South Figueroa Street, Suite 750, Los Angeles, CA 90017, Telephone: (213) 402-1245, Facsimile: (213) 402-1246, mhafey@nicolaidesllp.com, tkitt@nicolaidesllp.com, and kwu@nicolaidesllp.com, are now Kinsale's attorneys of record.

Effectively immediately, Andrew D. Telles Wyatt, disassociates as counsel in this matter.

Dated: October 9, 2024

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: _/s/ Matthew J. Hafey_
Matthew J. Hafey
Timothy P. Kitt
Khrys Wu
Attorneys for Plaintiff KINSALE INSURANCE COMPANY

Dated: October 9, 2024

BREMER, WHYTE, BROWN & O'MEARA, LLP

By: _/s/Jared G. Christensen_
Jared G. Christensen
Attorney for Plaintiff KINSALE INSURANCE COMPANY

IT IS SO ORDERED.
Dated: October 10, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

KINSALE INSURANCE COMPANY'S NOTICE OF CHANGE OF ATTORNEY OF RECORD AND DISASSOCIATION OF COUNSEL
1