1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10   KINSALE INSURANCE COMPANY,          Case No. 2:24-cv-00997-RFB-NJK
     an Arkansas corporation,
11                                        **[PROPOSED]** **ORDER RE**
                                          **STIPULATION TO ALLOW**
12              Plaintiff,                **DEFENDANT SVS SECURITY**
                                          **LLC TO FILE AMENDED**
13   v.                                   **ANSWER PURSUANT TO FED. R.**
                                          **CIV. P. RULE 15**
14
     SVS SECURITY LLC, a Nevada
15   limited liability company; HENRY
     WILLIS WEBB, JR., an individual;
16   MEISHA LARITA WEBB, an
     individual and Special Administrator
17   of the Estate of Breeana Larita
     Webb (Deceased),
18
19              Defendants.
20
21         Having read and considered the stipulation of counsel for Plaintiff

22   Kinsale Insurance Company ("Kinsale") and Defendant SVS Security,

23   LLC's ("SVS"), and good cause appearing therefor, IT IS ORDERED THAT:

24         1.      SVS may have leave of court to file an Amended Answer to

25                 Kinsale's First Amended Complaint by November 1, 2024.

26   / / /

27   / / /

28
     ───────────────────────────────────────────────────────
     [PROPOSED] ORDER RE STIPULATION TO ALLOW SVS SECURITY LLC TO FILE AMENDED
     ANSWER
     1

1       2.    If SVS files an Amended Answer, then Kinsale may file its

2   motion to strike and/or deem certain allegations to be admitted, if any,

3   within 21 days of the filing of the Amended Answer;

4       3.    If SVS fails to file an Amended Answer, Kinsale shall until

5   November 25, 2025 to file its Fed.R.Civ.P. 12(f) motion to strike and/or

6   deem certain allegations to be admitted.

7   Dated:   October 24, 2024       By:_____

8                           United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28