Patrick J. Sheehan, Esq. (Bar No. 4833)
FENNEMORE CRAIG, P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Fax: (702) 692-8099
Email: psheehan@fennemorelaw.com
*Attorney for Defendant SVS Security, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SVS SECURITY LLC, a Nevada limited liability company; HENRY WILLIS WEBB, JR., an individual; MEISHA LARITA WEBB, an individual and Special Administrator of the Estate of Breeana Larita Webb (Deceased),<br><br>                    Defendants. | Case No.: 2:24-cv-00997-RFB-NJK<br><br>**AMENDED ANSWER TO KINSALE INSURANCE COMPANY'S FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND REIMBURSEMENT OF DEFENSE FEES AND COSTS** |

Defendant SVS SECURITY LLC ("SVS"), by and through its counsel undersigned, for its Answer in this matter, hereby admits, denies, and alleges as follows:

## ANSWER

1. SVS is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 1, 5, 7, 8, 12, 30, 31, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47 and 48.

2. SVS admits the allegations contained in paragraphs 2, 3, 4, 6, 10, 11, 15, 24, 25, 26, 27, 28 and 32.

3. In answering paragraph 9, Defendant admits that it's members are domiciled in Nevada and citizens of Nevada and do not have domicile in Arkansas or Virginia. Defendant is without sufficient information to form a belief as to the truth of

the rest of the allegations contained in paragraph 9.

4. In answering paragraph 13, Defendant admits that Kinsale could reasonably anticipate that the cost of defense and potential damages could exceed $75,000.

5. In answering paragraph 14, Defendant admits that a substantial amount of events that arose occurred in this District and Defendant's in this action reside in this District.

6. In answering paragraphs 16-22, Defendant did not read the policy when signing, but has no reason not to believe that the language cited in these paragraphs is accurate and states that the documents language referenced therein speak for themselves.

7. In answering paragraph 23, Defendant admits that the excess policy contains the endorsement and contains the language cited therein.

8. In answering paragraph 29, Defendant admits the allegations contained therein except that it is without sufficient information or belief as to whether the law provides the right for Kinsale to seek reimbursement of any amounts Kinsale spends to defend Defendant in the underlying action.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

It is unknown whether the Court has jurisdiction over this matter.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim for which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff waived it's allegations set forth in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred under the doctrines of laches and estoppel.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint shows a lack of good faith and fair dealing since they issued a policy that they apparently believe covers next to nothing.

## **PRAYER FOR RELIEF**

WHEREFORE, SVS hereby prays for relief as follows:

    a.    Plaintiffs take nothing by reason of their Complaint;

    b.    For an award of attorney's fees and costs incurred in this matter and;

    c.    For such further or other relief as the Court deems just or proper.

Dated this 1st day of November, 2024.

**FENNEMORE CRAIG, P.C.**

*/s/Patrick J. Sheehan, Esq.*
_____
Patrick J. Sheehan, Esq. (No. 4833)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
*Attorney for Defendant SVS Security*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Fennemore Craig, P.C., and that on this date, I served, or caused to be served, a true and correct copy of the foregoing **AMENDED ANSWER TO KINSALE INSURANCE COMPANY'S FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND REIMBURSEMENT OF DEFENSE FEES AND COSTS** on the parties set forth below via electronic notification through the Court's CM/ECF system, addressed as follows:

Matthew J. Hafey, Esq.
Timothy P, Kitt, Esq.
Andrew D. Telles Wyatt, Esq.
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
777 South Figueroa St. Suite 750
Los Angeles, CA 90017
213-402-1245; FAX: 213-402-1246
mhafey@nicolaidesllp.com
tkitt@nicolaidesllp.com
awyatt@nicolaidesllp.com
-and-
Jared G. Christensen, Esq.
BREMER WHYTE BROWN & O'MEARA LLP
116 N. Town Center Dr. Suite 250
Las Vegas, NV 89144
702-819-7660
jchristensen@bremerwhyte.com
*Attorneys for Plaintiffs*

[x] Via E-service or
[ ] Via U.S. Mail (Not registered with CM/ECF Program)

Dated: November 1, 2024.

/s/Trista Day-Yanez
_____
An employee of Fennemore Craig, P.C.