**PETER S. CHRISTIANSEN, ESQ. (5254)**
pete@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ. (13662)**
wbarrett@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Defendants Henry*
*Willis Webb, Jr. and Meisha Larita Webb*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SVS SECURITY LLC, a Nevada limited liability company; HENRY WILLIS WEBB, JR., an individual; MEISHA LARITA WEBB, an individual and Special Administrator of the Estate of Breeana Larita Webb (Deceased),<br><br>Defendants. | Case No.: 2:24-cv-00997-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1 and LR 26-3, Plaintiff Kinsale Insurance Company ("Kinsale") and Defendants SVS Security LLC ("SVS"), Henry Willis Webb, Jr., and Meisha Larita Webb (collectively, the "Webb Defendants") by and through their respective counsel of record, stipulate and agree that discovery deadlines be continued in this matter by an additional sixty (60) days beyond the dates set forth in the November 26, 2024, Scheduling Order. ECF No. 44.

Good cause exists to extend discovery deadlines so that the parties may continue diligently engaging in discovery necessary to determine all material facts related to this case.

Pursuant to Fed. R. Civ. P. 16(b) and LR 26-3, the parties state the following:

**A. THE PARTIES HAVE COMPLETED THE FOLLOWING DISCOVERY:**

  1.  Plaintiff's Initial Disclosures on December 10, 2024;

  2.  Webb Defendants' Initial Disclosures on December 10, 2024;



3.    Plaintiff's service of written discovery upon Defendants;

4.    Webb Defendants' service of written discovery upon Plaintiff;

**B.  DISCOVERY THAT REMAINS TO BE COMPLETED:**

1.    Defendant SVS' Initial Disclosures;

1.    Plaintiff's and Defendants' responses to written discovery requests;

2.    Additional disclosures made by the parties as discovery continues;

3.    Additional written discovery requests, including those to be made by SVS;

4.    Retention of expert witnesses;

5.    Depositions of pertinent fact witnesses;

6.    Depositions of expert witnesses.

**C.  REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED:**

On January 13, 2025, the parties stipulated to extend the discovery deadlines in light of a then-forthcoming substitution of counsel for SVS. (ECF No. 46.) The former magistrate judge denied the stipulation without prejudice, indicating that the request should be made concurrently with the substitution of new counsel and that the requested extension of 120 days was unlikely to be granted. (ECF No. 47.)

New counsel for SVS substituted into this matter on January 24, 2025. (ECF No. 53.) As opposed to the prior request to extend deadlines by 120 days, the parties seek a brief 60-day extension of the discovery deadlines to allow new counsel for SVS to get up to speed on the matter, review discovery, and determine whether expert retention is necessary. Currently, the expert disclosure deadline is February 3, 2025.

Although this is the second request for a continuance of discovery deadlines, it would be the first actual extension in this matter.

**D.  PROPOSED SCHEDULE FOR COMPLETING THE REMAINING DISCOVERY:**

The Parties propose that the case management deadlines set forth in the Scheduling Order (ECF No. 44) be continued by a period of 60 days as follows:

- Initial experts:  April 4, 2025

- Rebuttal experts:  May5, 2025

2

1    • Discovery cutoff:  June 2, 2025

2    • Dispositive motions:  July 1, 2025

3    • Joint proposed pretrial order:  August 4, 2025, or 30 days after resolution of

4    dispositive motions.

5    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6

7    DATED this 30th day of January, 2025.         DATED this 30th day of January, 2025.

8    CHRISTIANSEN TRIAL LAWYERS         NICHOLAIDES FINK THORPE
                                       MICHAELIDES SULLIVAN LLP
9
      _/s/ Whitney J. Barrett_____         _/s/ Khrys Wu_____
10   PETER S. CHRISTIANSEN, ESQ. (5254)   MATTHEW J. HAFEY (*Pro Hac Vice*)
      WHITNEY J. BARRETT, ESQ. (13662)   TIMOTHY P. KITT (11828)
11   710 South 7th Street         KHRYS WU (*Pro Hac Vice*)
      Las Vegas, NV 89101         777 S. Figueroa St., Ste. 750
12   *Attorneys for Defendants*         Los Angeles, CA 90017
      *Henry Willis Webb, Jr., an individual*
13   *and Meisha Larita Webb, an individual*   BREMER WHYTE BROWN &
      *and Special Administrator of*         O'MEARA LLP
14   *the Estate of Breeana Larita Webb*   JARED D. CHRISTENSEN, ESQ.  (11538)
                                       1160 N. Town Center Dr., Ste. 250
15                                       Las Vegas, NV 89144
                                       *Attorneys for Plaintiff*
16

17   DATED this 30th day of January, 2025.

18   REISMAN SOROKAC

19

20    _/s/ Jody W. Hagins_____
      JOSHUA H. REISMAN, ESQ. (7152)
21   JODY W. HAGINS, ESQ. (11983)
      8965 S. Eastern Avenue, Suite 382
22   Las Vegas, NV 89123
      *Attorneys for Defendant SVS Security LLC*
23

24   **IT IS SO ORDERED.**

25

26   _____

27   UNITED STATES MAGISTRATE JUDGE

28   DATED: _1/31/2025_____



3

**Subject:**    Fw: RE: Kinsale Insurance Company v. SVS Security LLC et al., Case 2:24-cv-00997-RFB-NJK
**Date:**    Thursday, January 30, 2025 at 9:52:28 AM Pacific Standard Time
**From:**    Whitney J. Barrett
**To:**    Amy Larsen
**Attachments:**  image001.png, image002.jpg, 20250130 SAO Extend Disc.docx

AL -- can you please submit this stipulation? Thank you!

Whitney J. Barrett
Attorney
Christiansen Trial Lawyers
710 South 7th Street
Las Vegas, NV 89101
Phone (702) 240-7979
Fax (866) 412-6992

This email is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

------- Forwarded Message -------
From: Khrys Wu <kwu@nicolaidesllp.com>
Date: On Thursday, January 30th, 2025 at 9:50 AM
Subject: RE: Kinsale Insurance Company v. SVS Security LLC et al., Case 2:24-cv-00997-RFB-NJK
To: Whitney J. Barrett <wbarrett@christiansenlaw.com>
CC: Jody Hagins <jhagins@rsnvlaw.com>, Matthew J. Hafey <mhafey@nicolaidesllp.com>, Todd Terry <tterry@christiansenlaw.com>, Josh Reisman <JReisman@rsnvlaw.com>, Barb Cullison <bcullison@rsnvlaw.com>, Janina Pineda <jpineda@nicolaidesllp.com>


Ok with us, thank you.



**Khrys Wu** (she/her/hers)
kwu@nicolaidesllp.com


**NICOLAIDES**
FINK THORPE
MICHAELIDES
SULLIVAN LLP

777 South Figueroa Street, Suite 750 | Los Angeles, CA 90017
D: 213.441.0818 | C: 661.202.2880 | F: 213.402.1246
www.nicolaidesllp.com

This email communication may contain CONFIDENTIAL INFORMATION THAT ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**From:** Whitney J. Barrett <wbarrett@christiansenlaw.com>
**Sent:** Thursday, January 30, 2025 9:39 AM
**To:** Khrys Wu <kwu@nicolaidesllp.com>
**Cc:** Jody Hagins <jhagins@rsnvlaw.com>; Matthew J. Hafey <mhafey@nicolaidesllp.com>; Todd Terry <tterry@christiansenlaw.com>; Josh Reisman <JReisman@rsnvlaw.com>; Barb Cullison <bcullison@rsnvlaw.com>; Janina Pineda <jpineda@nicolaidesllp.com>
**Subject:** RE: Kinsale Insurance Company v. SVS Security LLC et al., Case 2:24-cv-00997-RFB-NJK

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

Are you all agreeable with it being moved under the discovery yet to be done section? If you are fine with that, I will make that change and file.

Whitney J. Barrett
Attorney
Christiansen Trial Lawyers
710 South 7th Street
Las Vegas, NV 89101
Phone (702) 240-7979
Fax (866) 412-6992

This email is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Thursday, January 30th, 2025 at 9:29 AM, Khrys Wu <kwu@nicolaidesllp.com> wrote:

Hi,

We don't have info that SVS served initial disclosures (A.2.). I think Jody is checking, but we may need to remove that.

Otherwise, the stip is fine with Kinsale.

Thank you.

**Khrys Wu** (she/her/hers)
kwu@nicolaidesllp.com

**N | NICOLAIDES**
**FINK THORPE**
**MICHAELIDES**
**SULLIVAN LLP**

777 South Figueroa Street, Suite 750 | Los Angeles, CA 90017
D: 213.441.0818 | C: 661.202.2880 | F: 213.402.1246
www.nicolaidesllp.com

This email communication may contain CONFIDENTIAL INFORMATION THAT ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**From:** Whitney J. Barrett <wbarrett@christiansenlaw.com>

**Sent:** Thursday, January 30, 2025 9:14 AM
**To:** Jody Hagins <jhagins@rsnvlaw.com>
**Cc:** Khrys Wu <kwu@nicolaidesllp.com>; Matthew J. Hafey <mhafey@nicolaidesllp.com>; Todd Terry <tterry@christiansenlaw.com>; Josh Reisman <JReisman@rsnvlaw.com>; Barb Cullison <bcullison@rsnvlaw.com>; Janina Pineda <jpineda@nicolaidesllp.com>
**Subject:** RE: Kinsale Insurance Company v. SVS Security LLC et al., Case 2:24-cv-00997-RFB-NJK

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

All -- I am circling back on this Stip. Thanks.

Whitney J. Barrett
Attorney
Christiansen Trial Lawyers
710 South 7th Street
Las Vegas, NV 89101
Phone (702) 240-7979
Fax (866) 412-6992

This email is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Wednesday, January 29th, 2025 at 4:57 PM, Jody Hagins <jhagins@rsnvlaw.com> wrote:

Hmm, as neither of you received them, perhaps the initial disclosures have not yet been served.

My apologies, it looks like I need to investigate a bit here.

Thanks!

Jody

Jody W. Hagins, Esq.



8965 South Eastern Avenue, Suite 382

Las Vegas, Nevada 89123

Office: (702) 727-6258

Fax: (702) 446-6756

Email: jhagins@rsnvlaw.com

http://www.rsnvlaw.com

This e-mail communication is a confidential attorney-client communication intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone at (702) 727-6258.  Also, please e-mail the sender that you have received the communication in error.  We will gladly reimburse your telephone expenses.  Thank you.

**From:** Khrys Wu <kwu@nicolaidesllp.com>
**Sent:** Wednesday, January 29, 2025 2:58 PM
**To:** Jody Hagins <jhagins@rsnvlaw.com>; Whitney J. Barrett <wbarrett@christiansenlaw.com>
**Cc:** Matthew J. Hafey <mhafey@nicolaidesllp.com>; Todd Terry <tterry@christiansenlaw.com>; Josh Reisman <JReisman@rsnvlaw.com>; Barb Cullison <bcullison@rsnvlaw.com>; Janina Pineda <jpineda@nicolaidesllp.com>
**Subject:** RE: Kinsale Insurance Company v. SVS Security LLC et al., Case 2:24-cv-00997-RFB-NJK

Hi there,

We never received SVS's initial disclosures. If they were served, would you please provide a copy?

Thank you.

**Khrys Wu** (she/her/hers)
kwu@nicolaidesllp.com

777 South Figueroa Street, Suite 750 | Los Angeles, CA 90017
D: 213.441.0818 | C: 661.202.2880 | F: 213.402.1246
www.nicolaidesllp.com

This email communication may contain CONFIDENTIAL INFORMATION THAT ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

---

**From:** Jody Hagins <jhagins@rsnvlaw.com>
**Sent:** Wednesday, January 29, 2025 2:38 PM
**To:** Whitney J. Barrett <wbarrett@christiansenlaw.com>; Khrys Wu <kwu@nicolaidesllp.com>
**Cc:** Matthew J. Hafey <mhafey@nicolaidesllp.com>; Todd Terry <tterry@christiansenlaw.com>; Josh Reisman <JReisman@rsnvlaw.com>; Barb Cullison <bcullison@christiansenlaw.com>; Janina Pineda <jpineda@nicolaidesllp.com>
**Subject:** RE: Kinsale Insurance Company v. SVS Security LLC et al., Case 2:24-cv-00997-RFB-NJK

> **EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

Thanks Whitney.

For Section A re Discovery Completed, it is my understanding that SVS also served its Initial Disclosures, on December 11, 2024.  Can you please revise to reflect that?

Thanks!

Jody

Jody W. Hagins, Esq.



8965 South Eastern Avenue, Suite 382

Las Vegas, Nevada 89123

Office: (702) 727-6258

Fax: (702) 446-6756

Email: jhagins@rsnvlaw.com

http://www.rsnvlaw.com

This e-mail communication is a confidential attorney-client communication intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone at (702) 727-6258.  Also, please e-mail the sender that you have received the communication in error.  We will gladly reimburse your telephone expenses.  Thank you.

**From:** Whitney J. Barrett <wbarrett@christiansenlaw.com>
**Sent:** Wednesday, January 29, 2025 2:29 PM
**To:** Khrys Wu <kwu@nicolaidesllp.com>
**Cc:** Matthew J. Hafey <mhafey@nicolaidesllp.com>; Todd Terry <tterry@christiansenlaw.com>; Jody Hagins <jhagins@rsnvlaw.com>; Josh Reisman <JReisman@rsnvlaw.com>; Barb Cullison <bcullison@rsnvlaw.com>; jpineda@nicolaidesllp.com
**Subject:** RE: Kinsale Insurance Company v. SVS Security LLC et al., Case 2:24-cv-00997-RFB-NJK

All--

Attached is a draft Stipulation to Extend Discovery now that new counsel has been substituted in. In light of Magistrate Koppe's prior comments, I thought it best to only continue for 2 months. Please let me know if we have your permission to file.

Thank you,

Whitney J. Barrett
Attorney
Christiansen Trial Lawyers
710 South 7th Street
Las Vegas, NV 89101
Phone (702) 240-7979
Fax (866) 412-6992

This email is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Wednesday, January 15th, 2025 at 5:49 PM, Whitney J. Barrett <wbarrett@christiansenlaw.com> wrote: