Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Jody W. Hagins, Esq.
Nevada Bar No. 11983
**REISMAN SOROKAC**
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: jhagins@rsnvlaw.com
*Attorneys for Defendant SVS Security LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SVS SECURITY LLC, a Nevada limited liability company; HENRY WILLIS WEBB, JR., an individual; MEISHA LARITA WEBB, an individual and Special Administrator of the Estate of Breeana Larita Webb (Deceased),<br><br>Defendants. | Case No. 2:24-cv-00997-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME REGARDING BRIEFING OF PLAINTIFF KINSALE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(First Request)** |

Plaintiff Kinsale Insurance Company ("Kinsale"), and Defendants SVS Security LLC ("SVS") and Henry Willis Webb, Jr. and Meisha Larita Webb (the "Webbs"), by and through their undersigned counsel, hereby stipulate and agree as follows regarding the briefing schedule in connection with Kinsale's Motion for Judgment on the Pleadings (ECF No. 51) (the "Motion"), which was filed on January 24, 2025:

1.      SVS's and the Webbs' responses to Kinsale's Motion, currently due by February 7, 2025 are now due by February 14, 2025;

1

2. Kinsale's Reply in Support of its Motion will be due by February 28, 2025;

3. This is the first request for extension of time regarding the briefing related to Kinsale's Motion; and

4. Good cause for this extension exists because SVS' counsel has been stricken with the flu. Moreover, SVS' counsel did not appear in this matter until January 24, 2025 (ECF No. 53).

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Additionally, counsel primarily responsible for Kinsale's Motion will be out of the office from February 21 to February 25, 2025.

| | |
|---|---|
| Dated this 6th day of February, 2025 | Dated this 5th day of February, 2025 |
| **REISMAN SOROKAC** | **NICHOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP** |

/s/ Joshua H. Reisman, Esq.
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Jody W. Hagins, Esq.
Nevada Bar No, 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
*Attorneys for Defendant*
*SVS Security LLC*

/s/ Khrys Wu, Esq.
Matthew J. Hafey (*Pro Hac Vice*) Timothy P. Kitt (11828)
Khrys Wu (*Pro Hac Vice*)
777 S. Figueroa St., Ste. 750
Los Angeles, CA 90017

**BREMER WHYTE BROWN & O'MEARA LLP**
Jared D. Christensen, Esq. (11538)
1160 N. Town Center Dr., Ste. 250
Las Vegas, NV 89144
*Attorneys for Plaintiff*

Dated this 6th day of February, 2025.

**CHRISTIANSEN TRIAL LAWYERS**

/s/ Whitney J. Barrett, Esq.
Peter S. Christiansen, Esq. (5254)
Whitney J. Barrett, Esq. (13662)
710 South 7th Street
Las Vegas, NV 89101
*Attorneys for the Webb Defendants*

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** This 6th day of February, 2025.

3