JEFFREY W. SAAB, ESQ.
Nevada State Bar No. 11261
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:   (702) 258-6662
jsaab@bremerwhyte.com

Attorneys for Plaintiff,
KINSALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SVS SECURITY LLC, a Nevada limited liability company; HENRY WILLIS WEBB, JR., an individual; MEISHA LARITA WEBB, an individual and Special Administrator of the Estate of Breeana Larita Webb (Deceased), <br><br> Defendant. | Case No. 2:24-cv-00997-RFB-DJA <br><br> **MOTION TO SUBSITUTE HANDLING ATTORNEY WITHIN FIRM AND REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

BREMER, WHYTE, BROWN & O'MEARA, LLP, counsel for Plaintiff, KINSALE INSURANCE COMPANY hereby requests that Jeffrey W. Saab, Esq. be substituted in as counsel for the above-referenced matter, replacing Jared G. Christensen, Esq. as the attorney of record for Plaintiff and will be the attorney of record from this day forward.

///

///

///

///

7370.001 4907-5399-6360.1

1   Additionally, they request that the following attorney be removed from the
2   CM/ECF service list as they are no longer associated with this matter:

3   Jared G. Christensen, Esq. – jchristensen@bremerwhyte.com

4   Dated:  June 3, 2025                    BREMER WHYTE BROWN & O'MEARA LLP

6                                           By: */s/ Jeffrey W. Saab*
7                                               Jeffrey W. Saab, Esq.
                                                Nevada State Bar No. 11261
                                                Attorneys for Plaintiff
8                                               KINSALE INSURANCE
                                                COMPANY

12  **IT IS SO ORDERED**.

13  DATED: 6/4/2025

15  _____
    DANIEL J. ALBREGTS
16  UNITED STATES MAGISTRATE JUDGE

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

7370.001  4907-5399-6360.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2025, a true and correct copy of the **MOTION TO SUBSITUTE HANDLING ATTORNEY WITHIN FIRM AND REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

*/s/ Stephanie Hutchinson*
Stephanie Hutchinson, an employee of BREMER, WHYTE, BROWN & O'MEARA LLP

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

7370.001 4907-5399-6360.1