MATTHEW J. HAFEY (*admitted Pro Hac Vice*)
mhafey@nicolaidesllp.com
TIMOTHY P. KITT (SBN: 11828)
tkitt@nicolaidesllp.com
KHRYS WU (*admitted Pro Hac Vice*)
kwu@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017
Telephone:    (213) 402-1245
Facsimile:    (213) 402-1246

Jeffrey W. Saab (Nevada SBN: 11261)
jsaab@bremerwhyte.com
BREMER, WHYTE, BROWN & O'MEARA, LLP
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144
Telephone:    (702) 258-6665
Facsimile:    (702) 258-6662
*Designated solely for personal service pursuant to Nev. SCR 42.1*

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SVS SECURITY LLC, a Nevada limited liability company; HENRY WILLIS WEBB, JR., an individual; MEISHA LARITA WEBB, an individual and Special Administrator of the Estate of Breeana Larita Webb (Deceased),<br><br>Defendants. | Case No. 2:24-cv-00997-RFB-DJA<br><br>STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE, RESERVING JURISDICTION TO ENFORCE SETTLEMENT<br><br>Complaint filed:   May 28, 2024<br>Trial Date:        Not set |

WHEREAS plaintiff Kinsale Insurance Company ("Kinsale") and Defendants SVS Security LLC ("SVS"); Henry Willis Webb, Jr. ("H. Webb") and Meisha Larita Webb ("M. Webb") (collectively the "Parties") have resolved their differences to the satisfaction of the Parties as memorialized in a Confidential Settlement Agreement dated December 10, 2025 (the "Settlement Agreement"); and

WHEREAS the settlement fully resolves the within action, including the operative First Amended Complaint, with the parties each to bear its / their own attorney's fees and costs, save and except to enforce the Settlement Agreement; and

WHEREAS due to the confidential nature of the settlement the Parties shall maintain copies of the fully executed Settlement Agreement outside the Court file, but request that the terms of the Settlement Agreement be deemed incorporated by this reference into this Stipulation and Proposed Order as fully set forth therein verbatim, so as to eliminate the need to file a copy of the Settlement Agreement under seal; and

WHEREAS the Parties have agreed the Court may reserve jurisdiction to enforce the Settlement Agreement pursuant to its inherent power as recognized in *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 378-81 (1994); see also *In re City Equities Anaheim, Ltd.*, 22 F.3d 954, 957 (9th Cir. 1994) (district court has the inherent power "to summarily enforce on motion a settlement agreement entered into by the litigants while the litigation is pending before it"); *Monroy v. Wal-Mart Inc.*, No. 2:22-CV-01638-RFB-NJK, 2024 WL 4441831, at *1 (D. Nev. Sept. 29, 2024) (citing *In re City Equities*);

IT IS HEREBY STIPULATED AND AGREED by the Parties through their attorneys of record that this entire action, including the Complaint (Dkt. 1) and the First Amended Complaint (Dkt. 17) be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2).

IT IS ALSO STIPULATED AND AGREED that the Court shall reserve jurisdiction to enforce the Settlement Agreement pursuant to its inherent power as recognized in *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378-81 (1994)

and *In re City Equities Anaheim, Ltd.*, 22 F.3d 954, 957 (9th Cir. 1994); *Monroy v. Wal-Mart Inc.*, No. 2:22-CV-01638-RFB-NJK, 2024 WL 4441831, at *1 (D. Nev. Sept. 29, 2024). Each of the parties is to bear its own attorney's fees and costs save and except to enforce the Settlement Agreement.

Dated:  January 6, 2026

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: /s/ Matthew J. Hafey
　　Matthew J. Hafey
　　Khrys Wu
　　Attorneys for Plaintiff KINSALE
　　INSURANCE COMPANY

Dated:  December 15, 2025

REISMAN SOROKAC

/s/ Jody W. Hagins

By: _____
　　Joshua Reisman
　　Jody W. Hagins
　　Attorneys for Defendant SVS Security LLC

Dated:  December 18, 2025

CHRISTIANSEN TRIAL ATTORNEYS

/s/ R. Todd Terry

By: _____
　　R. Todd Terry
　　Attorneys for Defendants Henry Willis
　　Webb, Jr. and Meisha Larita Webb

**Attestation re Electronic Signatures**

I, Matthew J. Hafey, declare under penalty of perjury that I have received permission to attach electronic signatures of Jody W. Hagins, Esq. and R. Todd Terry, Esq. in the form of /s/ [Name] pursuant to LR IC 5-1(d).

Dated:       January 6, 2026        _____
                                     Matthew J. Hafey

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SVS SECURITY LLC, a Nevada limited liability company; HENRY WILLIS WEBB, JR., an individual; MEISHA LARITA WEBB, an individual and Special Administrator of the Estate of Breeana Larita Webb (Deceased),<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00997-RFB-DJA<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE, RESERVING JURISDICTION TO ENFORCE SETTLEMENT<br><br>Complaint filed:　May 28, 2024<br>Trial Date:　　　Not set |

Having considered the stipulation of counsel and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED as follows:

1. This entire action, including the Complaint (Dkt. 1) and the First Amended Complaint (Dkt. 17) is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), save and except that

2. The Court shall reserve jurisdiction to enforce the December 10, 2025 Settlement Agreement, which is deemed incorporated herein by this reference, pursuant to its inherent power as recognized in *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378-81 (1994) and *In re City Equities Anaheim, Ltd.*, 22 F.3d 954, 957 (9th Cir. 1994); *Monroy v. Wal-Mart Inc.*, No. 2:22-CV-01638-RFB-NJK, 2024 WL 4441831, at *1 (D. Nev. Sept. 29, 2024).

3. Each of the parties is to bear its own attorney's fees and costs save and except to enforce the Settlement Agreement.

DATED:   January 8, 2026

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE